UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| TIMOTHY AND JANICE DONNELLY, h/w | CIVIL ACTION NO. 10-cv-3108 |
| VS. | |
| | Honorable Renee Marie Bumb |
| NATIONAL GYPSUM COMPANY | Honorable Karen M. Williams |
| NGC INDUSTRIES, INC. | |
| DELCOR, INC. | |
| GOLDEN EAGLE INDUSTRIES, INC. | |
| REGAL BELOIT CORPORATION | |
| BELOIT CORPORATION | |
| JOY GLOBAL, INC. | |
| HARNISCHFEGER CORPORATION | |
| HARNISCHFEGER INDUSTRIES, INC. | |
| P&H MINING EQUIPMENT | |
| HARNISCHFEGER EXPORT CORP. | |
| JOHN DOES (1-10) | |

RECEIVED SEP 23 2010 AT 8:30___M WILLIAM T. WALSH CLERK

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

It is hereby Stipulated by and among all counsel that Regal Beloit Corporation may be dismissed, without prejudice. If during discovery information is developed to indicate that Regal Beloit has any involvement in matters giving rise to the claims about which this litigation has been instituted, Regal Beloit may be joined, so long as such joinder occurs with reasonable promptness after such information comes to light. A copy of the e-mail from Robert G. Kelly, Jr., Esquire, counsel for Regal Beloit, dated July 23, 2010 at 10:16 a.m. is attached to the Stipulation and forms the basis of the agreement among counsel regarding such dismissal.

SALTZ, MONGELUZZI,                MARSHALL, DENNEHEY, WARNER,
BARRETT & BENDESKY                COLEMAN & GOGGIN

_____   _____
Brian E. Fritz, Esquire            Robert G. Kelly, Jr., Esquire
Attorney for Plaintiffs            Attorney for Defendant,
                                   Regal Beloit Corporation

WEBER, GALLAGHER, SIMPSON,
STAPLETON, FIRES & NEWBY, LLP


_____
Brian L. Calistri, Esquire
Attorney for Defendants,
National Gypsum Company and NGC Industries, Inc.

BALLARD, SPAHR, LLP

*/s/ John B. Kearney*
John B. Kearney, Esquire
Michel Robert Carroll, Esquire
Attorney for Defendants,
Delcor, Inc. and Spangler Companies, Inc. f/k/a
Golden Eagle Industries, Inc.